FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZACHARY C. ZICKEFOOSE,<br><br>            Plaintiff,<br><br>v.<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC. and CASCADE CAPITAL LLC doing business as CASCADE RECEIVABLE HOLDINGS, LLC,<br><br>            Defendants. | No. 2:17-CV-0087-SMJ<br><br>**ORDER DISMISSING CASE** |

On June 26, 2017, the parties filed a stipulated dismissal, ECF No. 8. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulation to Dismiss Complaint with Prejudice, **ECF No. 8**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

ORDER - 1

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 27th day of June 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge